IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: :
:
D&D RAILCAR, INC. : BANKRUPTCY NO. 14-02478
:
: CHAPTER 11

ENTRY OF APPEARANCE AND REQUEST
FOR ALL NOTICES, DOCUMENTS AND PAPERS

TO: Clerk, United States Bankruptcy Court

PLEASE NOTE that, pursuant to Bankruptcy Rule 9010(b), the law firm of Saul Ewing LLP appears for NEIL GILMOUR, Plan Administrator for D&D Railcar, Inc., a party in interest within the intent of the United States Bankruptcy Code and requests, pursuant to Bankruptcy Rule 2002(g), that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the persons and addresses set forth below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

> Eric L. Brossman, Esquire
> Saul Ewing LLP
> 2 North 2nd Street, 7th Floor
> Harrisburg, PA 17101-1604
> (717) 257.7570
> email: ebrossman@saul.com

-1-

It is further requested that in furtherance of its right to be heard, as provided in Section 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007 and 9022, the above-designated persons be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the estate of D&D Railcar, Inc.

SAUL EWING LLP

By   Eric L. Brossman /s/
Eric L. Brossman, Esquire
2 North 2nd Street, 7th Floor
Harrisburg, PA 17101-1604
717.257.7570
email: ebrossman@saul.com

Attorneys for Neil Gilmour, Plan Administrator

Dated: March 8, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2017, I have served a true and correct copy of the foregoing Entry of Appearance and Request for All Notices, Documents and Papers by electronic mail or regular first class United States mail, postage prepaid, on the following individuals:

Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

John B. Joyce, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Mitchell Barry Hausman
Assistant U.S. Trustee
Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

Eric L. Brossman /s/
Eric L. Brossman, Esquire

247966.1 3/8/17