```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02478-RNO
D&D Railcar, Inc.                                               Chapter 11
        Debtor                 **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: CGambini              Page 1 of 1         Date Rcvd: Mar 15, 2017
                             Form ID: nthrgreq           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
db         +D&D Railcar, Inc.,   3 Hockersville Road,   Hershey, PA 17033-1961
cr         +First National Bank successor to The Legacy Bank,   409 North Second Street,  Ste 201,
             Harrisburg, PA 17101-1357
intp        Gilmour Consulting LLC,   c/o Eric L Brossman Esq,   Saul Ewing LLP,
             2 North 2nd Street 7th Floor,   Harrisburg, PA 17101-1604
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
              Eric L Brossman    on behalf of Interested Party   Gilmour Consulting LLC ebrossman@saul.com,
               bdavis@saul.com
              Henry W Van Eck    on behalf of Defendant    First National Bank hwvaneck@mette.com,
               smramsey@mette.com
              Henry W Van Eck    on behalf of Creditor    First National Bank successor to The Legacy Bank
               hwvaneck@mette.com,   smramsey@mette.com
              Iles  Cooper   on behalf of Interested Party   Riverview Bank icooper@wfjlaw.net,
               gdeitch@wfjlaw.net;scooper@wfjlaw.net
              John Brian Joyce    on behalf of Creditor    First National Bank successor to The Legacy Bank
               jjoyce@grenenbirsic.com,   alentz@grenenbirsic.com
              Lawrence V. Young    on behalf of Plaintiff Lawrence V. Young lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Lawrence V. Young    on behalf of Debtor    D&D Railcar, Inc. lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Mitchell Barry Hausman    on behalf of Asst. U.S. Trustee    United States Trustee
               Mitchell.B.Hausman@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Timothy L. Frey    on behalf of Creditor    Norfolk Southern Railway Company tfrey@freightlaw.net,
               jfiganiak@freightlaw.net;kallen@freightlaw.net
              Timothy L. Frey    on behalf of Creditor    CSX Transportation, Inc. tfrey@freightlaw.net,
               jfiganiak@freightlaw.net;kallen@freightlaw.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 12

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

D&D Railcar, Inc.
**Debtor(s)**

Chapter: 11

Case number: 1:14−bk−02478−RNO

Document Number: 292

CGA Law Firm
**Movant(s)**

Matter: Fourth Application for allowance of compensation & expenses

vs.

Gilmour Consulting LLC
and
First National Bank of Pennsylvania
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on May 28, 2014.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: April 6, 2017**<br>**Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 15, 2017 |