## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                            :      CHAPTER 11

    D&D RAILCAR, INC.          :

                                            :      CASE NO. 14-bk-02478-RNO

        Debtor              :

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Henry W. Van Eck, Esquire as counsel **First National Bank, as successor to The Legacy Bank, a National Bank**, creditor to the Debtor, in the above-captioned matter.

Respectfully submitted,

METTE, EVANS & WOODSIDE

*/S/ Henry W. Van Eck*

Date:   March 31, 2017          By: _____

                                      Henry W. Van Eck, Esquire
                                      3401 N. Front Street
                                      Harrisburg, PA  17110
                                        Telephone:  (717) 232-5000

1051498v1

1