IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| D&D RAILCAR, INC. | : | CASE NO. 1:14-bk-2478-RNO |
| Debtor | : | |

_____

## AMENDED CERTIFICATE OF SERIVCE

I hereby certify that on June 20, 2017, true and correct copies of the Motion of CSX Transportation, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A), Proposed Order, and Notice to Creditors and Other Parties in Interest were filed electronically with the Court's CM/ECF system which sent notification of such filing to all parties requesting electronic service including the following:

| | | |
|---|---|---|
| Eric L Brossman<br>Saul Ewing LLP<br>2 North Second Street<br>7th Floor<br>Harrisburg, PA 17101 | Heather Z Kelly<br>Mette, Evans and Woodside<br>3401 N. Front Street<br>P.O. Box 5950<br>Harrisburg, PA 17110 | Peter S Russ<br>Buchanan Ingersoll and Rooney PC<br>One Oxford Centre, 20th Floor<br>301 Grant Street<br>Pittsburgh, PA 15219 |
| Iles Cooper<br>Williamson, Friedberg and Jones, LLC<br>Ten Westwood Road<br>PO Box 1190<br>Pottsville, PA 17901 | Adam Gordon Klein<br>Smigel Anderson and Sacks LLP<br>4431 North Front St<br>Harrisburg, PA 17110 | Markian R Slobodian<br>801 North Second Street<br>Harrisburg, PA 17102 |
| Mitchell Barry Hausman<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Robert L Knupp<br>Smigel, Anderson & Sacks<br>4431 North Front St., 3rd Flr.<br>Harrisburg, PA 17110 | Henry W Van Eck<br>Mette, Evans, & Woodside<br>3401 North Front Street<br>Harrisburg, PA 17110-0950 |
| John Brian Joyce<br>Grenen and Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 | Richard J Parks<br>Pietragallo, Bosick & Gordon, LLP<br>7 West State Street<br>Suite 100<br>Sharon, PA 16146 | Lawrence V. Young<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 |
| Edward C. Toole, Jr.<br>Pepper Hamilton LLP<br>3000 Two Logan Square, 18th and Arch Sts<br>Philadelphia, PA 19103-2799 | Thomas I Puleo<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | |

/s/ Timothy L. Frey
Timothy L. Frey