# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | D&D Railcar, Inc. | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02478-RNO | Account Number: | 2843990736 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | January 1, 201 - March 31, 2017 | | |

Beginning Cash Balance     $ 16,287.66

All receipts received by the debtor:

    Cash Sales:     _____

    Collection of Accounts Receivable:     129,982.89

    Proceeds from Litigation (settlement or otherwise):     _____

    Sale of Debtor's Assets:     _____

    Capital Infusion pursuant to the Plan:     _____

    Total of cash received:     $ 146,270.55

Total of cash available:

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

    Disbursements made under the plan, excluding the administrative claims of professionals:     $ 975.00

    Disbursements made pursuant to the administrative claims of professionals     _____

    All other disbursements made in the ordinary course     144,288.16

    Total Disbursements     145,263.16

Ending Cash Balance     $ 1,007.39

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/27/2017     Name: *[signature]*

Title: Plan Administrator