IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| SCHUYLKILL RAIL CAR, INC., ) | Case No.: 1:14-bk-02477-RNO |
| ) | |
| Debtor in Possession. ) | |
| ) | |
| ──────────────────── ) | |
| ) | |
| GILMOUR CONSULTING LLC, PLAN ) | |
| ADMINISTRATOR, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| FIRST NATIONAL BANK OF ) | |
| PENNSYLVANIA, AMERICAN EAGLE ) | |
| PAPER MILLS, ALLEGHENY VALLEY ) | |
| RAILROAD COMPANY, BUFFALO AND ) | |
| PITTSBURGH RAILROAD, CAMP ) | |
| CHASE INDUSTRIAL RAILROAD ) | |
| CORP., CANDO RAIL SERVICES, LTD., ) | |
| EDWARDS AND ROSE COTTONSEED, ) | |
| L.P. D/B/A CAPE AND SON, ) | |
| CATERPARROTT RAILNET, CENTRAL ) | |
| MAINE AND QUEBEC US RAILWAY, ) | |
| INC., COMBINED METAL INDUSTRIES ) | |
| INC., CSX TRANSPORTATION INC., ) | |
| CANTON RAILROAD CO., DELAWARE- ) | |
| LACKAWANNA RAILROAD CO., INC., ) | |
| DEPEW, LANCASTER AND WESTERN ) | |
| RAILROAD CO., INC., HAPPY VALLEY ) | |
| BLENDING LLC, FINGER LAKES ) | |
| RAILWAY CORP., HOUSATONIC ) | |
| RAILROAD CO., INC., INTERSTATE ) | |
| COMMODITIES, INC., INTERSTATE ) | |
| INDUSTRIAL SANDS, LLC, JUNIATA ) | |
| VALLEY RAILROAD, KOPPERS, INC., ) | |
| LYCOMING VALLEY RAILROAD, ) | |
| MITTAL STEEL USA – RAILWAYS, ) | |
| INC., NITTANY AND BALD EAGLE ) | |
| RAILROAD, NORFOLK SOUTHERN ) | |
| CORPORATION, HOOSIER ) | |
| MAGNETICS, INC., OWEGO AND ) | |

| | |
|---|---|
| HARTFORD RAILWAY, INC., POTTERS INDUSTRIES LLC, RAILWORKS MAINTENANCE OF WAY, INC., REIST POPCORN CO., DEL MONTE FOODS, INC., SAGER CREEK FOODS, INC., STEELTON AND HIGHSPIRE RAILROAD CO., THE J.M. SMUCKER CO., YOUNGSTOWN AND SOUTHEASTERN RAILROAD, LEESPORT BANK, VIST BANK, TOMPKINS VIST BANK, LAWRENCE V. YOUNG, ESQ., CGA LAW FIRM, ALEX EVERHART, ROBERT L. KNUPP, ESQUIRE, INTERNAL REVENUE SERVICE, PENNSYLVANIA DEPARTMENT OF REVENUE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

***************

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| D&D RAILCAR, INC., | ) | Case No.: 1:14-bk-02478-RNO |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| | ) | |
| GILMOUR CONSULTING LLC, PLAN ADMINISTRATOR, | ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, AMERICAN EAGLE PAPER MILLS, ALLEGHENY VALLEY RAILROAD COMPANY, BUFFALO AND PITTSBURGH RAILROAD, CAMP CHASE INDUSTRIAL RAILROAD CORP., CANDO RAIL SERVICES, LTD., EDWARDS AND ROSE COTTONSEED, L.P. D/B/A CAPE AND SON, CATERPARROTT RAILNET, CENTRAL MAINE AND QUEBEC US RAILWAY, | ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| INC., COMBINED METAL INDUSTRIES INC., CSX TRANSPORTATION INC., CANTON RAILROAD CO., DELAWARE-LACKAWANNA RAILROAD CO., INC., DEPEW, LANCASTER AND WESTERN RAILROAD CO., INC., HAPPY VALLEY BLENDING LLC, FINGER LAKES RAILWAY CORP., HOUSATONIC RAILROAD CO., INC., INTERSTATE COMMODITIES, INC., INTERSTATE INDUSTRIAL SANDS, LLC, JUNIATA VALLEY RAILROAD, KOPPERS, INC., LYCOMING VALLEY RAILROAD, MITTAL STEEL USA – RAILWAYS, INC., NITTANY AND BALD EAGLE RAILROAD, NORFOLK SOUTHERN CORPORATION, HOOSIER MAGNETICS, INC., OWEGO AND HARTFORD RAILWAY, INC., POTTERS INDUSTRIES LLC, RAILWORKS MAINTENANCE OF WAY, INC., REIST POPCORN CO., DEL MONTE FOODS, INC., SAGER CREEK FOODS, INC., STEELTON AND HIGHSPIRE RAILROAD CO., THE J.M. SMUCKER CO., YOUNGSTOWN AND SOUTHEASTERN RAILROAD, LEESPORT BANK, VIST BANK, TOMPKINS VIST BANK, LAWRENCE V. YOUNG, ESQ., CGA LAW FIRM, ALEX EVERHART, ROBERT L. KNUPP, ESQUIRE, INTERNAL REVENUE SERVICE, PENNSYLVANIA DEPARTMENT OF REVENUE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Respondents. | ) |

## CERTIFICATE OF MAILING

I hereby certify that on this 6th day of July, 2017, I have served a true and correct copy of the attached ORDER CONFIRMING SALE OF PROPERTY FREE, CLEAR AND DIVESTED OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES by electronic mail or regular first class United States mail, postage prepaid, on the following individuals:

-3-

252002.1 07/05/2017

Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401

John B. Joyce, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Mitchell Barry Hausman
Assistant U.S. Trustee
Office of the U.S. Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

And attached matrix of Respondents.

Eric L. Brossman /s/<br>
Eric L. Brossman, Esquire

American Eagle Paper Mills
1600 Pennsylvania Avenue
Tyrone, PA 16686

Allegheny Valley Railroad Company
519 Cedar Way
Bldg 1, Suite 100
Oakmont, PA 15139

Buffalo and Pittsburgh Railroad
c/o Millennium Rail, Inc.
PO Box 349
Hollidaysburg, PA 16648

Camp Chase Industrial Railroad Corp.
760 Allegheny River Blvd
Verona, PA 15147

Cando Rail Services, Ltd.
Unit 400-740 Rosser Avenue
Brandon, MB R7A OK9
Canada

Edwards and Rose Cottonseed, L.P.
d/b/a Cape And Son
PO Box 3398
Abilene, TX 79604

Caterparrott Railnet
3825 Aubrey Lane
Tifton, GA 31794

Central Maine And Quebec US Railway
15 Iron Road
Hermon, ME 04401

Combined Metal Industries Inc.
505 Garyray Dr
Weston, Ontario M9L 1P9

CSX Transportation Inc.
500 Water Street, J340
Jacksonville, FL 32208

Canton Railroad Co.
222 West Adams Street
Chicago, IL 60606

Delaware-Lackawanna Railroad Co., Inc.
1 Mill Street
Batavia, NY 14020

Depew, Lancaster And Western Railroad
1 Mill Street
Batavia, NY 14020

Happy Valley Blending, LLC
660 Axeman Rd
Pleasant Gap, PA 16823

Finger Lakes Railway Corp.
Border City Road
Geneva, NY 14456

The Housatonic Railroad Co., Inc.
Susan Fairbanks
P.O. Box 687
Old Lyme, CT 06371

Interstate Commodities, Inc.
7 Madison Street
PO Box 607
Troy, NY 12180

Interstate Industrial Sands LLC
IEP Holdings Inc.
3131 Fernbrook Lane #238
Plymouth, MN 55447

Juniata Valley Railroad
356 Priestly Ave.
Northumberland, PA 17857

Koppers, Inc.
436 Seventh Ave
Pittsburgh, PA 15219

Lycoming Valley Railroad
356 Priestley Avenue
Northumberland, PA 17857

Mittal Steel USA – Railways, Inc.
215 S. Front Street
Steelton, PA 17113-2538

Nittany & Bald Eagle Railroad
356 Priestley Avenue
Northumberland, PA 17857

Norfolk Southern Railway
Attn: RACS-Box 154 (Cash Desk)
1200 Peachtree Street NE
Atlanta, GA 30309

Hoosier Magnetics, Inc.
110 Denny Street
Ogdensburg, N8Y 13669

Owego and Hartford Railway, Inc.
25 Delphine St.
Owego, NY 13827

Potters Industries LLC
Attn. Bob Hoffman
PO Box 840
Valley Forge, PA 19482-0840

Railworks Maintenance of Way, Inc.
9250 Baymeadows Road
Jacksonville, FL 32256

Reist Popcorn Co.
113 Manheim Street
Mount Joy, PA 17552

Del Monte Foods, Inc.
205 N. Wiget Lane
Walnut Creek, CA 94598

Sager Creek Foods, Inc.
P.O. Box 5904
Troy, MI 48007-5904

Steelton and Highspire Railroad Co.
25465 Network Place
Chicago, IL 60673-1254

The J.M. Smucker Co.
5204 Spring Grove Avenue
Cincinnati, OH 45217

Youngstown And Southeastern Railroad
916 Vine Street
Connersville, IN 47331

Leesport Bank
n/k/a Tompkins VIST Bank
PO Box 6219
Wyomissing, PA 19610
Attention: Officer or Director

VIST Bank
n/k/a Tompkins VIST Bank
PO Box 6219
Wyomissing, PA 19610
Attention: Officer or Director

Alex Everhart
P.O. Box 163
Dallastown, PA 17313

Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19114-0326

Pennsylvania Department Of Revenue
PO Box 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Tompkins VIST Bank
241 South Centre Avenue
Leesport, PA 19533
Attention: Officer or Director

Commonwealth of Pennsylvania UCTS
Department of Labor and Industry
651 Boas Street, Room 702
Harrisburg, PA 17121
Attention: Officer or Director