OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | D&D Railcar, Inc. | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02478-RNO | Account Number: | #736;#6878 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | July 1, 2017 - September 30, 2017 | | |

Beginning Cash Balance $ 20,699.46

All receipts received by the debtor:

    Cash Sales: _____

    Collection of Accounts Receivable: 82,498.36

    Proceeds from Litigation (settlement or otherwise): _____

    Sale of Debtor's Assets: 730,859.85

    Capital Infusion pursuant to the Plan: _____

    Total of cash received: $ 834,057.67

Total of cash available:

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

    Disbursements made under the plan, excluding the administrative claims of professionals: $ 975.00

    Disbursements made pursuant to the administrative claims of professionals _____

    All other disbursements made in the ordinary course 660,324.77

    Transfers to other checking account
      Account: SKRX 95356886 92,000.00

    Total Disbursements 753,299.77

Ending Cash Balance $ 80,757.90

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/18/2017   Name: [signature]
Title: Plan Administrator