```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-02478-RNO
D&D Railcar, Inc.                                                   Chapter 11
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini            Page 1 of 1          Date Rcvd: Oct 17, 2017
                             Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +D&D Railcar, Inc.,    3 Hockersville Road,    Hershey, PA 17033-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Eric L Brossman    on behalf of Defendant Neil  Gilmour ebrossman@saul.com,    bdavis@saul.com
              Eric L Brossman    on behalf of Interested Party   Gilmour Consulting LLC ebrossman@saul.com,
               bdavis@saul.com
              Eric L Brossman    on behalf of Debtor 1    D&D Railcar, Inc. ebrossman@saul.com,    bdavis@saul.com
              Iles  Cooper    on behalf of Interested Party    Riverview Bank icooper@wfjlaw.net,
               gdeitch@wfjlaw.net;scooper@wfjlaw.net;r46060@notify.bestcase.com
              John Brian Joyce    on behalf of Creditor    First National Bank successor to The Legacy Bank
               jjoyce@grenenbirsic.com,    alentz@grenenbirsic.com
              John Brian Joyce    on behalf of Defendant    First National Bank of Pennsylvania
               jjoyce@grenenbirsic.com,    alentz@grenenbirsic.com
              John Brian Joyce    on behalf of Defendant    First National Bank jjoyce@grenenbirsic.com,
               alentz@grenenbirsic.com
              Lawrence V. Young    on behalf of Plaintiff Lawrence V. Young lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Lawrence V. Young    on behalf of Debtor 1    D&D Railcar, Inc. lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Mitchell Barry Hausman    on behalf of Asst. U.S. Trustee    United States Trustee
               Mitchell.B.Hausman@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              Richard J Parks    on behalf of Creditor    West Railcar and Fabrication LLC rjp@pietragallo.com,
               kas2@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Timothy L. Frey    on behalf of Plaintiff    CSX Transportation, Inc. tfrey@freightlaw.net,
               drobinson@freightlaw.net;kallen@freightlaw.net;mhaskins@freightlaw.net
              Timothy L. Frey    on behalf of Creditor    CSX Transportation, Inc. tfrey@freightlaw.net,
               drobinson@freightlaw.net;kallen@freightlaw.net;mhaskins@freightlaw.net
              Timothy L. Frey    on behalf of Creditor    Norfolk Southern Railway Company tfrey@freightlaw.net,
               drobinson@freightlaw.net;kallen@freightlaw.net;mhaskins@freightlaw.net
              Timothy L. Frey    on behalf of Plaintiff    Norfolk Southern Railway Company tfrey@freightlaw.net,
               drobinson@freightlaw.net;kallen@freightlaw.net;mhaskins@freightlaw.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| D&D RAILCAR, INC. | ) | Case No.: 1:14-bk-02478-RNO |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, | ) | Related to Document #320, 337, 339, 343 |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER OF COURT

AND NOW, upon consideration of First National Bank of Pennsylvania's Motion for Continuance of Hearing on Norfolk Southern Railway Company's Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. §503(b)(1)(A) is hereby continued to December 14, 2017, at 10:00 a.m. at the Ronald Regan Federal Building, Bankruptcy Courtroom (3rd Fl), 3rd & Walnut Streets, Harrisburg, PA 17101.

Dated: October 17, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)