United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
D&D Railcar, Inc.  
      Debtor

Case No. 14-02478-RNO  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: CGambini     Page 1 of 2     Date Rcvd: Nov 29, 2017  
                  Form ID: pdf010     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.

          Edward C Toole Jr Esquire,    Pepper Hamilton LLP,    3000 Two Logan Square,  
        18th and Arch Streets,    Philadelphia, PA 19103-2799  
          Markian R Slobodian Esquire,    Law Offices of Markian R Slobodian,    801 North Second Street,  
        Harrisburg, PA 17102-3210  
           Peter S. Russ Esquire,    Buchanan Ingersoll & Rooney PC,    One Oxford Center 20th Floor,  
        Pittsburgh, PA 15219-1400  
        +Robert L Knupp Esquire,    Adam G Klein Esquire,    Smigel Anderson & Sacks LLP,  
        4431 North Front Street,    Harrisburg, PA 17110-1778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:

         Deborah A. Hughes    on behalf of Debtor 1 David R. Gamble dhughes@ssbc-law.com, bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com  
         Deborah A. Hughes    on behalf of Debtor 2 Jennifer M. Gamble dhughes@ssbc-law.com, bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com  
         Eric L Brossman    on behalf of Defendant Neil Gilmour ebrossman@saul.com, bdavis@saul.com  
         Eric L Brossman    on behalf of Interested Party Gilmour Consulting LLC ebrossman@saul.com, bdavis@saul.com  
         Eric L Brossman    on behalf of Debtor 1 D&D Railcar, Inc. ebrossman@saul.com, bdavis@saul.com  
         Iles Cooper    on behalf of Interested Party Riverview Bank icooper@wfjlaw.net, gdeitch@wfjlaw.net;scooper@wfjlaw.net;r46060@notify.bestcase.com  
         John Brian Joyce    on behalf of Creditor First National Bank successor to The Legacy Bank jjoyce@grenenbirsic.com, alentz@grenenbirsic.com  
         John Brian Joyce    on behalf of Defendant First National Bank of Pennsylvania jjoyce@grenenbirsic.com, alentz@grenenbirsic.com  
         John Brian Joyce    on behalf of Creditor First National Bank of Pennsylvania jjoyce@grenenbirsic.com, alentz@grenenbirsic.com  
         John Brian Joyce    on behalf of Defendant First National Bank jjoyce@grenenbirsic.com, alentz@grenenbirsic.com  
         Lawrence V. Young    on behalf of Plaintiff Lawrence V. Young lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com  
         Lawrence V. Young    on behalf of Debtor 1 D&D Railcar, Inc. lyoung@cgalaw.com, tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com  
         Mitchell Barry Hausman    on behalf of Asst. U.S. Trustee United States Trustee Mitchell.B.Hausman@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov  
         Richard J Parks    on behalf of Creditor West Railcar and Fabrication LLC rjp@pietragallo.com, kas2@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com  
         Thomas I Puleo    on behalf of Creditor United States Department of Agriculture tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Timothy L. Frey    on behalf of Creditor Norfolk Southern Railway Company tfrey@freightlaw.net, drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net  
         Timothy L. Frey    on behalf of Plaintiff Norfolk Southern Railway Company tfrey@freightlaw.net, drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Timothy L. Frey    on behalf of Plaintiff    CSX Transportation, Inc. tfrey@freightlaw.net,
               drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net
              Timothy L. Frey    on behalf of Creditor    CSX Transportation, Inc. tfrey@freightlaw.net,
               drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 20
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| SCHUYLKILL RAIL CAR, INC., | : | CASE NO.: 1:14-bk-2477-RNO |
| Debtor. | : | |
| _____ | : | |
| CSX TRANSPORTATION, INC., | : | Related to Documents #516, 535, 537, 543 |
| Movant, | : | |
| Vs. | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA and NEIL GILMOUR, Plan Administrator, | : | |
| Respondents. | : | |

**************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| D&D RAILCAR, INC., | : | CASE NO.: 1:14-bk-2478-RNO |
| Debtor. | : | |
| _____ | : | |
| CSX TRANSPORTATION, INC., | : | Related to Documents #319, 336, 338, 342 |
| Movant, | : | |
| Vs. | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA and NEIL GILMOUR, Plan Administrator, | : | |
| Respondents. | : | |

**************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:14-bk-02477-RNO |
| | : | |
| SCHUYLKILL RAIL CAR, INC., | : | CHAPTER 11 |
| | : | |
| Debtor in Possession. | : | |
| | : | |
| CSX TRANSPORTATION, INC., | : | Adversary No. 1:17-ap-00100-RNO |
| | : | |
| Plaintiff, | : | |
| | : | Related to Document #1, 8, 9, 15 |
| v. | : | |
| | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, GILMOUR CONSULTING, LLC, and NEIL GILMOUR III, | : | |
| | : | |
| Defendants. | : | |

**************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:14-bk-02478-RNO |
| | : | |
| D&D RAILCAR, INC., | : | CHAPTER 11 |
| | : | |
| Debtor in Possession. | : | |
| | : | |
| CSX TRANSPORTATION, INC., | : | Adversary No. 1:17-ap-00101-RNO |
| | : | |
| Plaintiff, | : | |
| | : | Related to Document #1, 8, 9, 15 |
| v. | : | |
| | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, GILMOUR CONSULTING, LLC, and NEIL GILMOUR III, | : | |
| | : | |
| Defendants. | : | |

# ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE

Upon consideration of the Joint Motion of the Debtors, CSX Transportation, Inc. ("CSX"), First National Bank of Pennsylvania ("FNB"), Gilmour Consulting, LLC, ) the "Plan Administrator") and Neil Gilmour, III (the "Joint Motion"), and it appearing that the relief requested in the Joint Motion is in the best interest of the Movants, IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement attached to the Joint Motion as Exhibit "A" is approved.

2. The Plan Administrator is authorized to make the payments contemplated in the Settlement Agreement to CSX from the Reserve Account as defined in the Court's Order Confirming the Sale of Property Free, Clear and Divested of All Liens, Claims, Interests and Encumbrances entered on June 30, 2017.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: November 28, 2017