```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-02478-RNO
D&D Railcar, Inc.                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: CGambini    Page 1 of 2    Date Rcvd: Nov 29, 2017
                 Form ID: pdf010    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
            Edward C Toole Jr Esquire,    Pepper Hamilton, LLP,    3000 Two Logan Square,
       18th and Arch Streets,    Philadelphia, PA 19103-2799
            Markian R Slobodian Esquire,    Law Offices of Markian R Slobodian,    801 North Second Street,
       Harrisburg, PA 17102-3210
            Peter S Russ Esquire,    Buchanan Ingersoll & Rooney PC,    One Oxford Center, 20th Floor,
       Pittsburgh, PA 15219-1400
          +Robert L Knupp Esquire,    Adam G Klein Esquire,    Smigel Anderson & Sacks LLP,
       4431 North Front Street,    Harrisburg, PA 17110-1778

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
           Markian R. Slobodian, Esquire,    Edward C Toole, Jr Esquire,    Peter S Russ Esquire,
       Robert L. Knupp Esquire
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:
          Deborah A. Hughes    on behalf of Debtor 1 David R. Gamble dhughes@ssbc-law.com,
       bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
          Deborah A. Hughes    on behalf of Debtor 2 Jennifer M. Gamble dhughes@ssbc-law.com,
       bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
          Eric L Brossman    on behalf of Defendant Neil Gilmour ebrossman@saul.com, bdavis@saul.com
          Eric L Brossman    on behalf of Interested Party   Gilmour Consulting LLC ebrossman@saul.com,
       bdavis@saul.com
          Eric L Brossman    on behalf of Debtor 1   D&D Railcar, Inc. ebrossman@saul.com, bdavis@saul.com
          Iles Cooper    on behalf of Interested Party   Riverview Bank icooper@wfjlaw.net,
       gdeitch@wfjlaw.net;scooper@wfjlaw.net;r46060@notify.bestcase.com
          John Brian Joyce    on behalf of Creditor   First National Bank successor to The Legacy Bank
       jjoyce@grenenbirsic.com, alentz@grenenbirsic.com
          John Brian Joyce    on behalf of Defendant   First National Bank of Pennsylvania
       jjoyce@grenenbirsic.com, alentz@grenenbirsic.com
          John Brian Joyce    on behalf of Creditor   First National Bank of Pennsylvania
       jjoyce@grenenbirsic.com, alentz@grenenbirsic.com
          John Brian Joyce    on behalf of Defendant   First National Bank jjoyce@grenenbirsic.com,
       alentz@grenenbirsic.com
          Lawrence V. Young    on behalf of Debtor 1   D&D Railcar, Inc. lyoung@cgalaw.com,
       tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com
          Lawrence V. Young    on behalf of Plaintiff Lawrence V. Young lyoung@cgalaw.com,
       tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com
          Mitchell Barry Hausman    on behalf of Asst. U.S. Trustee   United States Trustee
       Mitchell.B.Hausman@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
          Richard J Parks    on behalf of Creditor   West Railcar and Fabrication LLC rjp@pietragallo.com,
       kas2@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com
          Thomas I Puleo    on behalf of Creditor   United States Department of Agriculture
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Timothy L. Frey    on behalf of Creditor   Norfolk Southern Railway Company tfrey@freightlaw.net,
       drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Timothy L. Frey   on behalf of Plaintiff   Norfolk Southern Railway Company tfrey@freightlaw.net, drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net

        Timothy L. Frey   on behalf of Plaintiff   CSX Transportation, Inc. tfrey@freightlaw.net, drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net

        Timothy L. Frey   on behalf of Creditor   CSX Transportation, Inc. tfrey@freightlaw.net, drobinson@freightlaw.net;klavelle@freightlaw.net;mhaskins@freightlaw.net

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 20

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| SCHUYLKILL RAIL CAR, INC., | : | CASE NO.: 1:14-bk-2477-RNO |
| Debtor. | : | |
| _____ | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | Related to Documents # 517, 536, 538, 544 |
| Movant, | : | |
| Vs. | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA and NEIL GILMOUR, Plan Administrator, | : | |
| Respondents. | : | |

**************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| D&D RAILCAR, INC., | : | CASE NO.: 1:14-bk-2478-RNO |
| Debtor. | : | |
| _____ | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | Related to Documents # 320, 337, 339, 343 |
| Movant, | : | |
| Vs. | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA and NEIL GILMOUR, Plan Administrator, | : | |
| Respondents. | : | |

**************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:14-bk-02477-RNO |
| | : | |
| SCHUYLKILL RAIL CAR, INC., | : | CHAPTER 11 |
| | : | |
| Debtor in Possession. | : | |
| | : | |
| _____ | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | Adversary No. 1:17-ap-00102-RNO |
| | : | |
| Plaintiff, | : | Related to Document #1, 8, 9, 15 |
| | : | |
| v. | : | |
| | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, GILMOUR CONSULTING, LLC, and NEIL GILMOUR III, | : | |
| | : | |
| Defendants. | : | |

**************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 1:14-bk-02478-RNO |
| | : | |
| D&D RAILCAR, INC., | : | CHAPTER 11 |
| | : | |
| Debtor in Possession. | : | |
| | : | |
| _____ | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : | Adversary No. 1:17-ap-00103-RNO |
| | : | |
| Plaintiff, | : | Related to Document #1, 8, 9, 15 |
| | : | |
| v. | : | |
| | : | |
| FIRST NATIONAL BANK OF PENNSYLVANIA, GILMOUR CONSULTING, LLC, and NEIL GILMOUR III, | : | |
| | : | |
| Defendants. | : | |

# ORDER GRANTING MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE

Upon consideration of the Joint Motion of the Debtors, Norfolk Southern Railway Company ("NS"), First National Bank of Pennsylvania ("FNB"), Gilmour Consulting, LLC, ) the "Plan Administrator") and Neil Gilmour, III (the "Joint Motion"), and it appearing that the relief requested in the Joint Motion is in the best interest of the Movants, IT IS HEREBY ORDERED THAT:

1. The Settlement Agreement attached to the Joint Motion as Exhibit "A" is approved.

2. The Plan Administrator is authorized to make the payments contemplated in the Settlement Agreement to NS from the Reserve Account as defined in the Court's Order Confirming the Sale of Property Free, Clear and Divested of All Liens, Claims, Interests and Encumbrances entered on June 30, 2017.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: November 28, 2017