OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | D&D Railcar, Inc. | Bank: | First National Bank |
| Bankruptcy Number: | 1:14-02478-RNO | Account Number: | #736;#6878 |
| Date of Confirmation: | | Account Type: | Checking |
| Reporting Period (month/year): | October 1, 2017 - December 31, 2017 | | |

Beginning Cash Balance ..... $ 80,757.90

All receipts received by the debtor:

    Cash Sales: _____

    Collection of Accounts Receivable: 33,723.53

    Proceeds from Litigation (settlement or otherwise): _____

    Sale of Debtor's Assets: 43,795.00

    Capital Infusion pursuant to the Plan: _____

    Total of cash received: $ 158,276.43

Total of cash available:

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor

    Disbursements made under the plan, excluding the administrative claims of professionals: $ 59,155.94

    Disbursements made pursuant to the administrative claims of professionals _____

    All other disbursements made in the ordinary course 76,433.88

    Transfers to other checking account
      Account: SKRX 95356886 0.00

    Total Disbursements 135,589.82

Ending Cash Balance $ 22,686.61

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/23/2018    Name: _[signature]_
    Title: for the Plan Administrator